# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2024-2310
LT Case No. 2024-CC-003696

———————————————

KRISTIE FIRMIN

    Appellant,

    v.

BELTON, LLC and FLYING START
CONNECTIONS, LLC d/b/a LAKE
DORA COURTYARD FOOD and
EVENTS, LLC.

    Appellees.

———————————————

On appeal from the County Court for Lake County.
Carla R. Pepperman, Judge.

Kristie Firmin, Tavares, pro se.

Anise V. McCellan, of Bowen & Schroth, P.A., Eustis,
for Appellee, Belton, LLC.

No Appearance for Remaining Appellees.

January 6, 2026

PER CURIAM.

    AFFIRMED.

JAY, C.J., and EDWARDS and KILBANE, JJ., concur.

———————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————